## Corporate Disclosure Statement Pursuant to Local Rule 7.3

Pursuant to Local Rule 7.3, Best Doctors, Inc. ("Best Doctors") submits the following corporate disclosure statement:

Best Doctors does not have any parent corporations, and no publicly held company owns ten percent (10%) or more of NetNumina's stock.

By: *[signature]*
Sean Ploen, Esquire
BOSTON LAW GROUP, LLP
20 Park Plaza, Suite 637
Boston, MA 02116
Tel. (617) 426-6800
Fax (617) 426-6802
Attorney for Plaintiff
BBO # 641279

Dated: February 27, 2004