AO 120 (Rev. 2/99)

| TO: Commissioner of Patents and Trademarks, Washington, DC 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the Dist. of Mass.** on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED Feb. 27, 2004 | U.S. DISTRICT COURT for the District of Massachusetts |
|---|---|---|
| PLAINTIFF Best Doctors, Inc. 101 Arch Street Summer Exchange Building, Ste. 500 Boston, MA 02110 | | DEFENDANT Life Change Associates, Inc. 343 Kingsley Road Burnt Hills, NY 12027 |

04-10398 RCL

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  1876131 | 1/95 | Best Doctors, Inc. |
| 2  2162196 | 6/98 | Best Doctors, Inc. |
| 3  2218424 | 1/99 | Best Doctors, Inc. |
| 4  2638047 | 10/02 | Best Doctors, Inc. |
| 5  2655393 | 12/02 | Best Doctors, Inc. |
| 78/352700 | 1/04 | Best Doctors, Inc. |

In the above entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy