AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Best Doctors, Inc.

V.

Life Change Associates, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10398 RCL

TO: (Name and address of Defendant)

LIFE CHANGE ASSOCIATES, INC.
333 Kingsley Road
Burnt Hills, NY  12027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean Ploen, Esq.
Boston Law Group, LLP
20 Park Plaza, Suite 637
Boston, MA  02116

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

FEB 27 2004

DATE

(By) DEPUTY CLERK

U.S. District Court

District of Massachusetts

Sheriff File Number – SC 04000476

| Best Doctors Inc. |
| vs. |
| Life Change Associates Inc. |

Affidavit of Service

Summons & Complaint

State of New York - County of Saratoga    SS:

I, Deputy Sheriff Mark S Whitcher, Badge # 47 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 3/3/04 at 10:57AM, at **173 Kingsley Road**, Burnt Hills, NY 12027 deponent served the within Summons & Complaint on Life Change Associates Inc., the defendant named therein, in the following manner.

CORPORATION

By delivering to and leaving with Robert Peterson the Director of Marketing for the Corporation, personally a true copy thereof.

NON-MILITARY

At the time of service Robert Peterson was asked if he was in the Military Service of the U.S. Government and he replied that he is not.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender: Male Height: 5'11" Weight: 190 Age: 56.

SERVICE ATTEMPTS

This is the first attempt at service

Sworn to before me on
March 4th 2004
Notary Public
Tammy L Martinez

TAMMY L. MARTINEZ
Notary Public, State of New York
Residing in Saratoga County
Commission Expires June 13, 2006

Mark S Whitcher          47
Deputy Sheriff           Badge Number

# BOSTON LAW GROUP, LLP

ATTORNEYS AT LAW

Main (617) 426-6800
Direct (617) 426-6809

20 PARK PLAZA, SUITE 637
BOSTON, MASSACHUSETTS 02116

Fax (617) 426-6802
splben@bostonlawgroup.com

March 8, 2004

**Via First-Class Mail**
Clerk of Court
U.S. District Court for the District of Massachusetts
U.S. Courthouse
Suite 2300
1 Courthouse Way
Boston, Massachusetts 02210

RE: Affidavit of Service of Process
*Best Doctors, Inc. v. Life Change Associates, Inc.*
Civil Action No. CV-04-10398 RCL

Dear Sir or Madam:

Enclosed for filing in connection with the above-referenced matter is an affidavit of service attesting to the fact that service of process has been made upon the defendant, Life Change Associates, Inc.

Thank you for your assistance with this matter, and please contact me at the number listed above if you have any questions.

Yours sincerely,

Sean Ploen

Enclosure