UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BEST DOCTORS, INC.**

**V.**                                    **CIVIL ACTION NO. 04-10398-RCL**

**LIFE CHANGE ASSOC., INC.**

### NOTICE OF DEFAULT

For failure of the defendant, **Life Change Assoc., Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 7th day of June, 2004.

TONY ANASTAS, CLERK

By:/s/ Lisa M. Hourihan
June 7, 2004                              Deputy Clerk