# BOSTON LAW GROUP, LLP

ATTORNEYS AT LAW
20 PARK PLAZA, SUITE 637
BOSTON, MASSACHUSETTS 02116

Main (617) 426-6800
Direct (617) 426-6809

Fax (617) 426-6802
sploen@bostonlawgroup.com

FILED
CLERKS OFFICE
2004 JUN 24  A 11: 3
U.S. DISTRICT COURT
DISTRICT OF MASS

June 23, 2004

**Via First-Class Mail**
Clerk of Court
U.S. Courthouse
Suite 2300
1 Courthouse Way
Boston, Massachusetts  02210

RE:  *Best Doctors, Inc. v. Life Change Associates, Inc.*
      Civil Action No. CV-04-10398 RCL

Dear Sir or Madam:

In connection with the above-referenced matter, please note that Defendant Life Change Associates, Inc. has filed a Notice of Bankruptcy in the Northern District of New York. A copy of the Notice is enclosed, and I would be grateful if you would place a copy of this document in the case file. Thank you for your assistance with this matter.

Yours sincerely,

Sean Ploen

Enclosure

cc: Catherine A. Burkly, Esq., Bankruptcy Counsel for Defendant

FORM B9D (Chapter 7 Corporation/Partnership Asset Case) (9/97)     Case Number 04-12024-1-rel

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

### AMENDED Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on 3/30/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) and address):
Life Change Associates, Inc.
P.O. Box 1382
Ballston Lake, NY 12019

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 04-12024-1-rel | 14-1814710 |
| Attorney for Debtor(s) (name and address):<br>Catherine A. Burkly<br>225 Kingsley Rd.<br>Burnt Hills, NY 12027<br>Telephone number: (518) 384-2074 | Bankruptcy Trustee (name and address):<br>Paul Arthur Levine<br>Lemery Greisler, LLC<br>50 Beaver Street<br>Albany, NY 12207<br>Telephone number: (518)433-8800 |

### Meeting of Creditors:

Date: June 1, 2004     Time: 02:30 PM     Location: Leo W. O'Brien Federal Bldg., Clinton Ave. & North Pearl St., 8th Floor, Room 811B, Albany, NY 12207

### Deadline to File a Proof of Claim

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors(except a governmental unit): 8/30/04     For a governmental unit: 9/27/04

### Appointment of Trustee

The United States Trustee pursuant to Code Section 701 has appointed Paul Arthur Levine as trustee of the estate of the debtor(s) named above. The trustee shall be deemed to have accepted the appointment and shall server under his/her blanket bond, unless the trustee notifies the U.S. Trustee and the Court in writing of the rejection of the appointment within five (5) days of receipt of this notice. Code Section 322; FRBP 2008. Kim F. Lefebvre, Assistant U.S. Trustee

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office:<br>James T. Foley U.S. Courthouse<br>445 Broadway, Suite 330<br>Albany, NY 12207<br>Telephone number: (518)257-1661 | For the Court:<br><br>Richard G. Zeh<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 4/27/04 |

005689