UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**BEST DOCTORS, INC.**


V.                                              CIVIL ACTION NO. **04-10398-RCL**


**LIFE CHANGE ASSOCIATES, INC.**


PROCEDURAL ORDER

LINDSAY, D.J.


In order to avoid the necessity for counsel to appear at periodic status conferences, the Court enters the following Administrative Order:

The above-captioned case is dismissed without prejudice to either party moving to restore it to the docket, upon final determination of bankruptcy proceedings, by filing an appropriate motion.


By the Court,


/s/ Lisa M. Hourihan
_____
Deputy Clerk

June 29, 2004